United States District Court
Southern District of Texas
**ENTERED**
August 03, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Patrick Sweeney and Jill Sweeney, § § § § § § § §   *Plaintiffs*, | |
| v. | Civil Action No. H-22-1230 |
| Holt & Young, P.C. and Shannon Lewis,   *Defendants*. | |

## ORDER OF ADOPTION

On July 24, 2023, Magistrate Judge Peter Bray recommended that the court deny Plaintiffs' motion for summary judgment, grant Defendant's motion for summary judgment, and dismiss the case without prejudice. (D.E. No. 69.) Plaintiffs filed objections. (D.E. 70.) Plaintiffs' objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on August __3__, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE